Argued April 19, affirmed April 19, petition for rehearing denied
May 4, petition for review denied June 9, 1971

EDMUND MORASCH (96026), *Petitioner-Appellant,*
*v.* STATE OF OREGON, *Respondent.*

483 P2d 831

*Terence J. Hammons,* Eugene, argued the cause
and filed the brief for appellant.

*James L. Carney,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FOLEY, Judges.

MEMORANDUM DECISION.